

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00025-CR

LARRY JAMES SOLOMON, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 339th District Court of Harris County (Tr. Ct. No. 1356492)

**TO THE 339TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 5th day of May, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> The cause heard today by the Court is an appeal from the judgment signed by the court below on December 19, 2013. After inspecting the record of the court below, it is the opinion of this Court that there is no reversible error in the judgment. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the judgment of the court below be **affirmed**.

> The Court **orders** that this decision be certified below for observance.

> Judgment rendered May 5, 2015.

Judgment rendered by panel consisting of Justices Keyes, Bland, and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

September 11, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

